IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VEHICLE INTERFACE TECHNOLOGIES, LLC,

    Plaintiff,

v.

FERRARI NORTH AMERICA, INC.,

    Defendant.

C.A. No. 12-cv-01283-RGA

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Vehicle Interface Technologies, LLC ("Plaintiff") and Defendant Ferrari North America, Inc. ("Defendant"), having settled their disputes in this action, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted between Plaintiff and Defendant in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

FARNAN LLP

By: */s/ Brian E. Farnan*
    Brian E. Farnan (#4089)
    919 North Market Street
    12th Floor
    Wilmington, DE 19801
    Tel: (302) 777-0300
    bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Dated: April 28, 2014

RICHARD LAYTON & FINGER, P.A.

By: */s/ Frederick L. Cottrell, III*
    Frederick L. Cottrell, III (#2555)
    Jason J. Rawnsley (#5379)
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801
    cottrell@rlf.com
    rawnsley@rlf.com

*Attorneys for Defendant*

SO ORDERED this 29th day of April, 2014.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews